UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:18CR-74 |
| v. | JUDGE J. BLACK |
| | **SEALED INDICTMENT** |
| JASON MIZE, | 18 U.S.C. § 242 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**BACKGROUND**

Unless otherwise indicated, at times material to this indictment:

1. On or about August 20, 2016, **JASON MIZE**, the defendant, worked at the Hamilton County Justice Center ("HCJC") as a Deputy Sheriff in Intake.

2. Also on or about August 20, 2016, Hamilton County Sheriff's Office Deputies arrested an individual ("Victim-1") and brought him to HCJC for processing. At the time, Victim-1 was 61 years old.

3. While Victim-1 was in medical intake, **JASON MIZE**, the defendant, approached Victim-1 from behind. **MIZE** ordered Victim-1 to stand. **MIZE** then pushed Victim-1 towards a holding cell, and, upon reaching the entrance to the holding cell, shoved Victim-1 into the holding cell with such force that Victim-1 collided headfirst with a concrete wall. Victim-1 suffered bodily injury, including lacerations to his scalp and a leg fracture.

## COUNT ONE
### (Depravation of Rights Under Color of Law)

On or about August 20, 2016, in the Southern District of Ohio, the defendant, **JASON MIZE**, while acting under color of law as a Deputy Sheriff at the HCJC, did physically assault Victim-1, a pretrial detainee at HCJC, resulting in bodily injury to Victim-1 and thereby did willfully deprive Victim-1 of a right protected and secured by the Constitution and laws of the United States; that is, the right not to be subjected to unreasonable force by one acting under color of law.

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL

/S/
_____
GRAND JURY FOREPERSON

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

_____
MEGAN GAFFNEY
EBUNOLUWA TAIWO
ASSISTANT UNITED STATES ATTORNEYS

EG